Alfred E. Caraffa 350727
Name and Prisoner/Booking Number

ASPC-Tucson Rincon Hu5 A5
Place of Confinement

PO Box 24405
Mailing Address

Tucson AZ 85734 USA
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☒ FILED   ☐ LODGED
Feb 27 2024
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Alfred E. Caraffa et. al
(Full Name of Plaintiff) ADC#350727

Plaintiff,

v.

(1) Ryan Thornell et al
(Full Name of Defendant)

(2) ADCRR

(3) Employees of ADCRR

(4) State of Arizona

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-24-113-TUC-JGZ(PSOT)
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

3) Jury trial Demanded
☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☒ Other: Official and Individual Capacity (officially in Unconstitutional Capacity

2. Institution/city where violation occurred: ASPC-Tuc/State of Arizona

7 total pgs

Revised 12/1/23          1

550/555

Additional Plaintiff(s)

2) the Subclass of Jensen v. Thornell case No. 2-12-CV-00601-PHX-ROS.

Additional Defendant(s)

5) the fifth Defendant is Gov. Katie Hobbs. the Governess of the State of Arizona In official Capacity.

1 (a) of 2 of ___

## B. DEFENDANTS

1. Name of first Defendant: __Ryan Thornell__. The first Defendant is employed as: __Director of ADCRR__ at __unconstitutional state__ (Position and Title) (Institution) __employee__

2. Name of second Defendant: __ADCRR__. The second Defendant is employed as: __Arizona Dept of Corrections__ at __unconstitutional state__ (Position and Title) (Institution) __entity__

3. Name of third Defendant: __Employees of ADCRR__. The third Defendant is employed as: __Employees of ADCRR__ at __unconstitutional employed state employees__ (Position and Title) (Institution)

4. Name of fourth Defendant: __State of Arizona__. The fourth Defendant is employed as: __the State of Arizona__ at __constitutional government entity__ (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? __Approx__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __See Query search__ v. __See Query search__
      2. Court and case number: __See Query search__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __See Query search__

   b. Second prior lawsuit:
      1. Parties: __N/A__ v. __N/A__
      2. Court and case number: __N/A__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

   c. Third prior lawsuit:
      1. Parties: __N/A__ v. __N/A__
      2. Court and case number: __N/A__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 8th Amendment U.S. Constitution.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Cruel and unusual punishment

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Defendant(s) under an unconstitutional State Law Refused to provide this Plaintiff (Alfred E. Graffte 350727) with A third Meal for Saturday Feb. 24th 2024 in violation of A current Federal Court order.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Violation(s) of the U.S. Constitution

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Is A federal Court Issue

## COUNT II

1. State the constitutional or other federal civil right that was violated: 8th Amendment
U.S. Constitution.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Cruel and unusual punishment

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. Defendant(s) in An unconstitutional Employment of the Defendant(s) ADCRR under the Control of Defendant Katie Hobbs Refused to provide a third meal on Sunday Feb. 25th 2024 in violation of A Current federal Court order (to this Plaintiff Alfred Erika Carpff ADC# 50217)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Violation of the Federal Constitution

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. A federal Court Issue

## COUNT III

1. State the constitutional or other federal civil right that was violated: _14th Amendment U.S. Constitution_.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: _Due process of law_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _Defendant(s) Are Enforcing A State Constitution Law(s) holding Prisoners In An Unconstitutional Jurisdiction while Refusing to Provide A third Meal to the Unconstitutionally In Custody Prisoner Population Including But not limited too Alfred E Caroffe #350727_.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _violation of the federal Constitution_

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Grievance Policy is unconstitutional_

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

E. REQUEST FOR RELIEF

State the relief you are seeking: on Behalf of Alfred Erik Careffe only. I seek the sum of 1 Billion Dollars As An Policy or Custom to violations of the U.S. Federal Court order to feed three Meals A Day Plus Interest since the Federal Judges will not Enforce that Court order

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/27/24
DATE

SIGNATURE OF PLAINTIFF

Alfred E Careffe ADC #350227

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

NONE

(Signature of attorney, if any)

www.prisonlaw.com

(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6